SAMUEL COLON AND RUSSELL L. SCHELB, JR., PLAINTIFFS v. F. D. BAILEY
  AND WIFE, SUE BAILEY, AND ROBERT C. PRESSLEY, DEFENDANTS, GREAT
  AMERICAN INSURANCE COMPANY, PROPOSED INTERVENOR

No. 590A85

(Filed 5 March 1986)

PLAINTIFFS and proposed intervenor appeal as a matter of right, pursuant to N.C.G.S. § 7A-30(2), from a decision of a divided panel of the Court of Appeals, 76 N.C. App. 491, 333 S.E. 2d 505 (1985), affirming judgment entered by *Lewis, J.,* on 13 September 1984 in Superior Court, BUNCOMBE County, granting summary judgment for defendants and denying the proposed intervenor's motion to intervene. Heard in the Supreme Court 11 February 1986.

*Morris, Golding, Phillips & Cloninger, by Thomas R. Bell, Jr., for plaintiff-appellants.*

*Michael T. Moore & Ronald C. True, for defendant-appellees.*

PER CURIAM.

For the reasons stated in the dissenting opinion, the decision of the Court of Appeals is reversed.

Reversed.